

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ALEJANDRO QUEZADA GRADO AND QINCHUAN LIU CHAMBERS,<br><br>Petitioners,<br><br>v.<br><br>PAMELA BONDI, U.S. Attorney General, et al.,<br><br>Respondents. | Case No.: 25-CV-3833 JLS (MMP)<br><br>**ORDER TO SHOW CAUSE**<br><br>(ECF No. 1) |

  Presently before the Court is Angel Alejandro Quezada Grado's and Qinchuan Liu Chambers's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Pet.," ECF No. 1). Petitioners seek "declaratory and injunctive relief preventing ICE from arresting them in connection with their scheduled interviews and setting aside [ICE's] arrest-at-interview policy as unlawful." Pet. ¶ 6. Petitioners also seek to prevent Respondents from "unlawfully detaining Petitioners thereafter . . . without first providing each of them with an individualized due process hearing . . . ." *Id.*

  Having reviewed the Petition, the Court finds that summary dismissal of the Petition is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are

vague or conclusory, palpably incredible, or patently frivolous or false.") (citing *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990)).  Accordingly, the Court **ORDERS** as follows:

(1) Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a response to the Petition no later than <u>January 14, 2026</u>. This response must include a memorandum of law and fact fully stating Respondents' position and copies of all documents, orders, and transcripts relevant to the Petition.

(2) Petitioners **MAY FILE** a traverse no later than <u>January 21, 2026</u>.

(3) The Clerk of the Court **SHALL SERVE** a copy of this Order and the Petition on the Civil Division of the United States Attorney's Office for the Southern District of California.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **<u>MUST NOT</u>** transfer Petitioners outside of the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED.**

Dated: December 31, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge