

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angel Alejandro Quezada Grado; Qinchuan Liu Chambers<br><br>Plaintiff,<br>V.<br>See Attachment<br><br>Defendant. | Civil Action No. 25-CV-3833 JLS (MMP)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES the Petition and Complaint (ECF No. 1) and DENIES the TRO Motion (ECF No. 3). This case is now Closed.

| | |
|---|---|
| **Date:**   1/5/26 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ A. Santiago<br>A. Santiago, Deputy |

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-CV-3833 JLS (MMP)

Respondents:

Pamela Bondi
U.S. Attorney General

Kristi Noem
Secretary, U.S. Dept. of Homeland Security

Joseph B. Edlow
Director, U.S. Citizenship and Immigration Services

Todd Lyons
Acting Director of Immigration and Customs Enforcement

Gregory J. Archambeault
San Diego Field Office Director for ICE ERO